# Exhibit 1




# Clinical Project Manager

Epic · Austin, TX

⛔ No longer accepting applications

**Seniority Level**
Entry level

**Industry**
Computer Software

**Employment Type**
Full-time

**Job Functions**
Consulting

## About the job

Use your clinical expertise to help guide the evolution of our clinical software, and help clinicians focus on high-quality, personalized patient care. As an expert advisor to, and member of, Epic's Application Services team, you will help organizations around the country use our software to improve their care processes. We'll look to you to analyze client needs, create clinical workflows, develop strategies tailored to each organization, and provide guidance throughout the project. Beyond implementation there's the opportunity to join our clinical informatics team to develop system content and conduct software demonstrations for current and prospective customers. You'll also partner with hospitals and clinics as a nurse liaison to help them accomplish their nursing informatics goals.

**More than just important work.**

We offer comprehensive benefits to keep you healthy and happy as you grow in your life and career, and your merit-based compensation will reflect the impact your work has on the company and our customers. You'll also be eligible for annual raises and bonuses, as well as stock grants, which give you an even greater stake in the success of Epic and our customers. Epic is an Equal Opportunity employer. Please see our full non-discrimination statement at https //careers.epic.com/EEO.
- Minimum BS in Nursing (or similar clinical major)
- A history of academic and professional success
- Strong presentation skills
- Willingness to travel - up to 75% post COVID
- Software experience is not required; we'll train you to be an expert
- Eligible to work in the United States without visa sponsorship
- Relocation to the Madison, WI area (reimbursed)
- COVID-19 vaccination

 

# Technical Solutions Engineer

Epic · Austin, TX · 3 days ago · 62 applicants

 

## About the job

**TL;DR**

High-impact, technical jobs for smart people.

**Problem-solving with a purpose.**

As a Technical Solutions Engineer at Epic, you'll work on software that impacts 250 million patients around the world. Alongside coworkers from top schools across the country, you'll tackle mission-critical and complex problems – we're *way* beyond "turn it off and on again" issues. You'll need to diagnose the problem, identify a solution, and manage the implementation of the solution, sometimes across multiple physical locations and stakeholders. Learn more about our team here.

**Test the limits of your brain for the most innovative health systems on the planet.**

The top 15 health systems in U.S. News and World Report are Epic customers. Our community includes major systems like the Mayo Clinic, Johns Hopkins, Cleveland Clinic, and Kaiser Permanente, as well as leading academic medical centers at the University of Wisconsin, University of Michigan, University of California, University of Texas, The Ohio State University, and many more.

**Work in your own office, eat delicious food, and travel the world.**

We don't believe in cubicles. (Well, we believe they *exist*, but...) You will work in an individual office that will heighten your ability to get stuff done. For lunch, visit King's Cross or Cassiopeia for a wide array of meal options, or go to one of our smaller, themed bistros, featuring wood-rotisserie, pan-Asian, and Latin-inspired cuisine. All meals are restaurant-quality but cost only a few dollars, and they're prepared by a team comprised of kitchen talent from restaurants around the country. And, after five years here, you'll earn a four-week sabbatical anywhere in the world. Staff have kayaked in Patagonia, attended a Beyoncé concert in Ireland, built a library in Tanzania, and run a marathon in Antarctica.

**Seniority Level**
Entry level

**Industry**
Computer Software

**Employment Type**
Full-time

**Job Functions**
Consulting

1

**Live affordably in a city known for its rising tech talent.**

Epic is located just outside Madison, Wisconsin the second fastest growing market for tech talent in the United States and home to the state capital and the University of Wisconsin. Madison, a city surrounded by water, has received accolades for being the greenest city in America (NerdWallet), the best city for renters (SmartAsset), fittest city in America (Fitbit), and it has the highest concentration of millennial talent in the country (Inc.).

**More than just important work.**

We offer comprehensive benefits to keep you healthy and happy as you grow in your life and career, and your merit-based compensation will reflect the impact your work has on the company and our customers. You'll also be eligible for annual raises and bonuses, as well as stock grants, which give you an even greater stake in the success of Epic and our customers. Epic is an Equal Opportunity employer. Please see our full non-discrimination statement at https //careers.epic.com/EEO.
- Bachelor's degree or greater
- A history of academic excellence or professional success
- Eligible to work in the U.S. without visa sponsorship
- Relocation to the Madison, WI area (reimbursed)
- COVID-19 vaccination

2



# Storage Engineer

Epic · Austin, TX · 2 weeks ago · 1 applicant

 

## About the job

We are seeking a SAN and Backup Systems Administrator to join our multi-tenant Hosting team to build a Software as a Service (SaaS) cloud offering for Epic's Electronic Medical Records (EMR) software. You will serve as a subject matter expert and be responsible for oversight of the design, deployment, testing, and evaluation of our storage and backup architecture. You'll apply your technical prowess and problem-solving skills to develop and maintain a robust, reliable, high-performance foundation for some of the largest healthcare organizations in the country to access our world-class software.

**More than just important work.**

Epic is located in Madison, Wisconsin, a city regularly ranked as one of America's best places to live. Epic's environment is one of continuous learning; you'll have access to opportunities to expand your skill set and share your knowledge with others. We offer comprehensive benefits to keep you healthy and happy as you grow in your life and career, and your merit-based compensation will reflect the impact your work has on the company and our customers. You'll also be eligible for annual raises and bonuses, as well as stock grants, which give you an even greater stake in the success of Epic and our customers. Epic is an Equal Opportunity employer. Please see our full non-discrimination statement at https //careers.epic.com/EEO.

- Knowledge of system integration with database, networking, backup, and virtual computing environments
- Demonstrated storage experience in virtual environment
- Experience with automation tools for administration and monitoring of storage and backup systems
- Exposure to these technologies is a plus
    - SAN virtualization and NAS
    - EMC, Pure, and/or NetApp
    - Cisco MDS Switches
    - VMware vSphere 5.0 and higher
    - CommVault and/or Rubrik
- Relocation to Madison, WI (reimbursed)
- Eligibility to work in the U.S. without visa sponsorship
- COVID-19 vaccination

As a member of the Hosting team at Epic you'll be responsible for the confidentiality, integrity, and availability of Epic Hosting. Those responsibilities include:

- Following policies and procedures and escalating when policies or procedures are not followed
- Escalating potential security incidents and providing relevant information
- Meeting all security responsibilities defined in policies and procedures

**Seniority Level**
Mid-Senior level

**Industry**
Computer Software

**Employment Type**
Full-time

**Job Functions**
Engineering

1



# Security Engineer

Epic · Austin, TX · 3 weeks ago · 29 applicants

**Apply**   **Save**

## About the job

We are looking for an exceptional Security Engineer to join our multi-tenant hosting team. You'll be instrumental in deploying, operating, and scaling a high-performance network that provides world-class availability and security. This position will challenge your ability to blend new technology with industry standard security best practices to protect our network from external threats.

You'll act as a security expert within a small, collaborative team that is changing the way some of the nation's largest healthcare organizations access our software. You'll keep abreast of the latest technologies in a hands-on role that also provides a unique opportunity to shape the future direction and design of our systems. The ideal candidate is passionate about technology and the opportunity to play a foundational role in a new team, is self-motivated, and has great communication skills.

**Key Areas of Responsibility**
- Develop innovative security controls to protect assets across a large and complex environment
- Administer a wide and interesting range of security applications and systems
- Consult with internal teams on architecture and system designs
- Lead and develop internal red and/or blue team exercises

**Preferred Technical Qualifications**
- 1-2 years of experience delivering, implementing or creating complex technical security solutions
- Direct responsibility for one or more of the following
  - Security administration
  - DevOps security
  - Penetration testing
  - Forensics and incident response
  - Network defense
  - Technical security assessment
  - Security controls gap analysis

**Seniority Level**
Associate

**Industry**
Computer Software

**Employment Type**
Full-time

**Job Functions**
Information Technology

- Experience working with products in the following categories
    - Enterprise password vaults
    - Vulnerability scanning and management
    - SIEM
    - PKI
    - Application control
    - Network micro-segmentation
    - Virtualization
- Working knowledge of at least one programming language
- Familiarity with PCI-DSS, SSAE 16, HIPAA, NIST, ISO17799/27001/27002, data privacy and similar regulatory and contractual requirements
- Experience with ITIL processes

**More than just important work.**

Epic is located in Madison, Wisconsin, a city regularly ranked as one of America's best places to live. Epic's environment is one of continuous learning; you'll have access to opportunities to expand your skill set and share your knowledge with others. We offer comprehensive benefits to keep you healthy and happy as you grow in your life and career, and your merit-based compensation will reflect the impact your work has on the company and our customers. You'll also be eligible for annual raises and bonuses, as well as stock grants, which give you an even greater stake in the success of Epic and our customers. Epic is an Equal Opportunity employer. Please see our full non-discrimination statement at https //careers.epic.com/EEO.

- ==Relocation to the Madison, WI, area (reimbursed)==
- A history of academic and/or professional success
- Eligibility to work in the U.S. without visa sponsorship
- COVID-19 vaccination

As a member of the Hosting team at Epic you'll be responsible for the confidentiality, integrity, and availability of Epic Hosting. Those responsibilities include:

- Following policies and procedures and escalating when policies or procedures are not followed
- Escalating potential security incidents and providing relevant information
- Meeting all security responsibilities defined in policies and procedures

2



# Senior Security Engineer

Epic · Austin, TX · 2 weeks ago · **7 applicants**

**Apply** | **Save**

## About the job

We are looking for an exceptional Senior Security Engineer to join our multi-tenant hosting team. You'll be instrumental in deploying, operating, and scaling a high-performance network that provides world-class availability and security. This position will challenge your ability to blend new technology with industry standard security best practices to protect our network from external threats.

You'll act as the security expert within a small, collaborative team that is changing the way some of the nation's largest healthcare organizations access our software. You'll keep abreast of the latest technologies in a hands-on role that also provides a unique opportunity to shape the future direction and design of our systems. The ideal candidate is passionate about technology and the opportunity to play a foundational role in a new team, is self-motivated, and has great communication skills.

**Key Areas of Responsibility**
- Develop innovative security controls to protect assets across a large and complex environment
- Administer a wide and interesting range of security applications and systems
- Consult with internal teams on architecture and system designs
- Lead and develop internal red and/or blue team exercises

**Preferred Technical Qualifications**
- Five years of experience delivering, implementing, or administering complex technical security solutions
- Direct responsibility for one or more of the following
  - Security administration
  - DevOps security
  - Penetration testing
  - Forensics and incident response
  - Network defense
  - Technical security assessment
  - Security controls gap analysis

**Seniority Level**
Mid-Senior level

**Industry**
Computer Software

**Employment Type**
Full-time

**Job Functions**
Information Technology

1

- Experience working with products in the following categories
    - Enterprise password vaults
    - Vulnerability scanning and management
    - SIEM
    - PKI
    - Application control
    - Network micro-segmentation
    - Virtualization
- Working knowledge of at least one programming language
- Familiarity with PCI-DSS, SSAE 16, HIPAA, NIST, ISO17799/27001/27002, data privacy and similar regulatory and contractual requirements
- Experience with ITIL processes

**More than just important work.**

Epic is located in Madison, Wisconsin, a city regularly ranked as one of America's best places to live. Epic's environment is one of continuous learning; you'll have access to opportunities to expand your skill set and share your knowledge with others. We offer comprehensive benefits to keep you healthy and happy as you grow in your life and career, and your merit-based compensation will reflect the impact your work has on the company and our customers. You'll also be eligible for annual raises and bonuses, as well as stock grants, which give you an even greater stake in the success of Epic and our customers. Epic is an Equal Opportunity employer. Please see our full non-discrimination statement at https //careers.epic.com/EEO.

- ==Relocation to the Madison, WI, area (reimbursed)==
- A history of academic and/or professional success
- Eligibility to work in the U.S. without visa sponsorship
- COVID-19 vaccination

As a member of the Hosting team at Epic you'll be responsible for the confidentiality, integrity, and availability of Epic Hosting. Those responsibilities include:

- Following policies and procedures and escalating when policies or procedures are not followed
- Escalating potential security incidents and providing relevant information
- Meeting all security responsibilities defined in policies and procedures

2