UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Epic Systems Corporation,**<br><br>Defendant. | **Case No. 6:21-cv-00434-ADA**<br><br>**Jury Trial Demanded** |

## CASE READINESS STATUS REPORT

Plaintiff Decapolis Systems, LLC ("Decapolis" and/or "Plaintiff) and Defendant Epic Systems Corporation ("Defendant"), hereby provide the following status report.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 29, 2021. There has been one extension for a total of 30 days.

## RESPONSE TO THE COMPLAINT

Defendant filed its Motion to Dismiss or Transfer to the Complaint June 22, 2021.

## PENDING MOTIONS

Then Motion to Dismiss or Transfer is pending and venue discovery is underway.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following cases are CRSR Related Cases per Judge Albright's June 16, 2021 AMENDED STANDING ORDER REGARDING NOTICE OF READINESS FOR PATENT CASES:

- 6:21-cv-00391-ADA
- 6:21-cv-00421-ADA
- 6:21-cv-00434-ADA
- 6:21-cv-00489-ADA
- 6:21-cv-00496-ADA
- 6:21-cv-00502-ADA
- 6:21-cv-00519-ADA

Additionally, Plaintiff and Defendant agree that the following four cases filed by Decapolis, which involve the same asserted patents, should be treated as CRSR Related Cases under the June 16, 2021, Amended Standing Order:

- 6:21-cv-00574-ADA
- 6:21-cv-00607-ADA
- 6:21-cv-00656-ADA
- 6:21-cv-00686-ADA

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 2 patents and a total of 25 claims. The asserted patents are U.S. Patent Nos. 7,464,040 and 7,490,048.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred, and they agree that four additional cases filed by Decapolis between June 7 and June 29, 2021, and which involve the same asserted patents, should be treated as CRSR Related Cases.  *See* Related Cases in This Judicial District, *supra*.  As a result, the Parties' position is that the CMC in this matter should be deemed to occur fourteen days after the corresponding CRSR is filed in those cases.  Pursuant to this Court's June 16, 2021, Amended Standing Order, the parties will email the Court a joint submission regarding this proposal so that the Court can consider whether to hold a telephonic hearing to resolve this issue.

Dated: August 9, 2021

Respectfully Submitted

| | |
|---|---|
| */s/ Randall Garteiser* | */s/ Nick G. Saros* |
| M. Scott Fuller<br>   Texas Bar No. 24036607<br>   sfuller@ghiplaw.com<br>Randall Garteiser<br>   Texas Bar No. 24038912<br>   rgarteiser@ghiplaw.com<br>René Vazquez<br>   Virginia Bar No. 41988<br>   rvazquez@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>**ATTORNEYS FOR PLAINTIFF** | Richard D. Milvenan<br>McGINNIS LOCHRIDGE<br>600 Congress Avenue, Suite 2100<br>Austin, TX 78701<br>Tel.: (512) 495-6005<br>Fax: (512) 505-6305<br>rmilvenan@mcginnislaw.com<br><br>Nick G. Saros (Admitted *pro hac vice*)<br>Madeline Skitzki (Admitted *pro hac vice*)<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>nsaros@jenner.com<br>mskitzki@jenner.com<br><br>*Attorneys for Defendant Epic Systems Corporation* |